# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00573-CV

**Saffe Property & Casualty, LP, Appellant**

**v.**

**Serviceline Transport and PEK, Inc., Appellees**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
### NO. 10-965-C277, HONORABLE KEN ANDERSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Saffe Property & Casualty, LP and appellees Serviceline Transport and PEK, Inc. have notified this Court that they no longer wish to pursue this appeal and have filed an agreed motion to dismiss it. We grant the parties' motion and dismiss this appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed on Joint Motion

Filed: November 6, 2013